# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBERT WAYNE IVES,<br><br>        Plaintiff,<br><br>        v.<br><br>ALLSTATE INSURANCE COMPANY, a business entity, form unknown; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 2:20-cv-02505-AB-AGRx<br><br>Hon. André Birotte Jr.<br><br>**JUDGMENT RE DEFENDANT ALLSTATE NORTHBROOK INDEMNITY COMPANY'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Complaint filed:  February 5, 2020.] |

Pursuant to this Court's February 19, 2021 Order granting the Motion for Summary Judgment filed by Defendant Allstate Northbrook Indemnity Company ("Allstate"),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.    Judgment is entered in favor of Defendant Allstate Northbrook Indemnity Company and against Plaintiff Robert Wayne Ives ("Plaintiff") with respect to Plaintiff's Complaint and each and every claim for relief and request for damages alleged therein;

1    2.    Each of Plaintiff's claims for relief and requests for damages alleged in

2 his complaint against Allstate are dismissed with prejudice;

3    3.    Plaintiff is awarded no damages; and

4    4.    Defendant Allstate is entitled to its reasonable costs of suit pursuant to

5 Federal Rule of Civil Procedure 54 and an approved application to tax costs signed

6 by the Court.

7

8 Dated: March 18, 2021

9                 HONORABLE ANDRÉ BIROTTE JR.

UNITED STATES DISTRICT COURT JUDGE